## RECONSIDERATION OF PRIOR DECISIONS

**2009–2003.   State ex rel. Hazel v. Bender.**
Franklin App. No. 09AP–37, 2009-Ohio-5028. Reported at 124 Ohio St.3d 147, 2010-Ohio-124, 920 N.E.2d 147. On motion for reconsideration. Motion denied.

## CASE ANNOUNCEMENTS
*February 8, 2010*

[Cite as *02/08/2010 Case Announcements*, 2010-Ohio-388.]

## MOTION AND PROCEDURAL RULINGS

**2009–1405.   Cincinnati School Dist. Bd. of Edn. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2007–A–1196. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion to reschedule oral argument before a master commissioner set for Wednesday, March 17, 2010,
It is ordered by the court that the motion is granted.